IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

STEVEN WALDRUP
and JANICE KAY WALDRUP                                                    PLAINTIFFS

VS.                                         CIVIL ACTION NO. 5:07cv00057-DCB-JMR

COUNTRYWIDE HOME LOANS, INC.                                              DEFENDANT

AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on to be heard this day upon the joint motion of the parties hereto, the plaintiffs, STEVEN WALDRUP and JANICE KAY WALDRUP (collectively, the "Waldrups"), by and through their attorney, Marc Boutwell, Law Office of Marc Boutwell, joined by the defendants, COUNTRYWIDE HOME LOANS, INC. ("Countrywide"), by and through its attorneys, McGlinchey Stafford, PLLC, for the entry by this Court of this *Order of Dismissal with Prejudice* pursuant to the provisions of FED. R. CIV. P. 41(a)(2), pursuant to the *Joint Motion of Dismissal With Prejudice* filed herein, and the parties having announced to the Court the settlement of all claims made or which could have been made in the above styled and numbered cause by the Plaintiffs against the Defendants, and the Court being fully advised in the premises, hereby finds and determines that the motion is well taken and should be granted.  It is therefore

ORDERED:

1.     This litigation against the Defendant Countrywide shall be and is hereby dismissed, with prejudice.

2.     As this litigation is fully and finally concluded, the Clerk of the Court is hereby authorized and empowered to cause this matter to be dismissed, with prejudice, on the docket of this Court.

3.        Each party shall bear their own costs related to the litigation and this dismissal.

SO ORDERED on this, the   22nd   day of  May, 2007.


                                        s/ David Bramlette
                                       UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:


s/Marc L. Boutwell
Marc L. Boutwell (MSB No. 9263)
LAW OFFICE OF MARC BOUTWELL
Attorneys for the Plaintiffs


s/H. Hunter Twiford, III
H. Hunter Twiford, III   (MSB No. 8162)
MCGLINCHEY STAFFORD, PLLC
Attorneys for the Defendant, Countrywide Home Loans, Inc.



210020.1